MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN        4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-Mail: michael@michaeljaygreen.com

Attorney for Defendant
ASHLIN AKAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.: 21-00016 DKW |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | **STIPULATION AND ORDER TO PERMIT DEFENDANT ASHLIN AKAU TO TRAVEL** |
| v. | ) ) | |
| ASHLIN AKAU, | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION AND ORDER TO PERMIT
DEFENDANT ASHLIN AKAU TO TRAVEL**

The UNITED STATES OF AMERICA, through MICHAEL NAMMAR, Assistant United States Attorney, and Defendant ASHLIN AKAU, by and though her attorney, MICHAEL JAY GREEN, and U.S. Probation and Pretrial Services Officer David Kahunahana, Stipulate and Agree to the following:

1. The Defendant is authorized to travel to Hilo, Hawaii from September 9, 2024 to September 13, 2024 to attend a funeral.

2. While in Hilo, Ms. Akau will be staying at her father's residence in Mountain View.

3. U.S. Probation and Pretrial Services office does not have any objection to Ms. Akau's travel, and Ms. Akau will comply with any and all conditions imposed by U.S. Probation and Pretrial Services office.

4. Ms. Akau will also be accessible by cell phone at all times during the duration of her travel.

5. Defendant will provide U.S. Probation and Pretrial Services with a copy of her itinerary.

/

/

/

/

/

6. All other pretrial conditions remain in full force.

DATED: Honolulu, Hawaii, August 30, 2024.

/s/ David Kahunahana
DAVID KAHUNAHANA
U.S. Pretrial and Probation Officer

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

/s/ Michael Nammar
MICHAEL NAMMAR
Assistant United States Attorney

APPROVED AND SO ORDERED:

Dated: August 30, 2024 at Honolulu, Hawaii.



Derrick K. Watson
Chief United States District Judge

---

*United States of America v. Ashlin Akau .*; CR. NO.: 21-00016 DKW;
**STIPULATION AND ORDER TO PERMIT DEFENDANT ASHLIN AKAU TO TRAVEL**