MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN        4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii   96813
Telephone:  (808) 521-3336
Fax:           (808) 566-0347

Attorneys for Defendant
ASHLIN AKAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Case No. CR 21-00016 DKW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ASHLIN AKAU, | ) | |
| Defendant. | ) | DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |

DEFENDANT'S SENTENCING STATEMENT

Defendant ASHLIN AKAU, by and through her attorney, MICHAEL JAY GREEN, hereby submits the following sentencing statement to the U.S. Probation Department's Presentence Investigation Report, dated December 18, 2024.

Defendant Akau has no objections to the basic facts and Guideline computations contained in the Presentence Investigation Report.  Defendant Akau reserves the right to submit a Supplemental Sentencing Statement, and present such

witnesses and testimony as may be deemed necessary and relevant at the time of sentencing.

    DATED: Honolulu, Hawaii, January 3, 2025.

                                        /s/ Michael Jay Green
                                        MICHAEL JAY GREEN

                                        Attorney for Defendant
                                        ASHLIN AKAU

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy that the foregoing document will be duly served upon the following party(ies) on January 3, 2025.

|  |  | CM/ECF | Hand Delivery |
|---|---|---|---|
| TO: | MARK A. INCIONG<br>MICHAEL DAVID NAMMAR<br>Assistant U.S. Attorneys<br>6100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96813 | XX | |
| | ALBERT BANH<br>U.S. Probation Office<br>PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96813 | XX | |

DATED:  Honolulu, Hawaii, January 3, 2025.

  /s/ Michael Jay Green  
MICHAEL JAY GREEN

Attorney for Defendant
ASHLIN AKAU