MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN    4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone:  (808) 521-3336
Facsimile:   (808) 566-0347
Email:       michael@michaeljaygreen.com


Attorney for Defendant
ASHLIN AKAU

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.:  21-00016 DKW |
| | ) | |
| Plaintiff | ) | **DEFENDANT ASHLIN AKAU'S** |
| | ) | **SUBMISSION OF SUPPORT** |
| vs. | ) | **LETTERS; EXHIBITS "1" - "47";** |
| | ) | **CERTIFICATE OF SERVICE** |
| ASHLIN AKAU, | ) | |
| | ) | **Sentencing Date:** |
| Defendant. | ) | Date:   February 19, 2024 |
| | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Derreick K. Watson |

**DEFENDANT AKAU'S SUBMISSION OF
CHARACTER REFERENCE LETTERS**

Defendant ASHLIN AKAU, by and through her undersigned counsel,

respectfully submits the character reference letters attached hereto as Exhibits

"1" - "47".

DATED: Honolulu, Hawaii, January 31, 2025.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN    4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email:    michael@michaeljaygreen.com

Attorney for Defendant
ASHLIN AKAU

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.:  21-00016 DKW |
| | ) |
| Plaintiff | ) **DEFENDANT ASHLIN AKAU'S** |
| | ) **SUBMISSION OF SUPPORT** |
| vs. | ) **LETTERS; EXHIBITS "1" - "47";** |
| | ) **CERTIFICATE OF SERVICE** |
| ASHLIN AKAU, | ) |
| | ) **Sentencing Date:** |
| Defendant. | ) Date:   February 19, 2024 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Derreick K. Watson |

### DEFENDANT AKAU'S SUBMISSION OF
### CHARACTER REFERENCE LETTERS

Defendant ASHLIN AKAU, by and through her undersigned counsel,

respectfully submits the character reference letters attached hereto as Exhibits

"1" - "47".

DATED: Honolulu, Hawaii, January 28, 2024.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

Honorable Judge Derrick Watson

My name is Ashlin Akau. I am a mother to an amazing 9-year-old boy that is MY WORLD. I also have 2 bonus daughters ages 6 and 4. I am a daughter to a single mother who tried her best. I am a sister to amazing siblings that look up to me and depend on me. I am a loving partner to the best man I could have ever dreamed of. I've never been in trouble before and I would like to share my story with you.

In 2014 I was in a very emotional, mental and physically abusive marriage with my son's father. After we had my son in June of 2015 the abuse only got worse, so I had made the decision to leave. However, leaving a relationship like that is never easy. The constant threats and showing up to where my son and I were, dragging me down the beach in broad day light in front of women and children are just a couple daily worries. Cops could never find him but somehow, he would always find me. Living in fear, my son and I would go from house to house praying he wouldn't find us. I had nothing. No money, no food, no will to live except my son.  I started to drink, and smoke weed as a crutch to help me get through life and calm my anxiety.

One day I was sitting in my can by myself in front of a bar waiting for my friends where I was approached by 10 plus grown men who knew who I was and offered to "protect me" after seeing my black eye from my husband. At the time I felt like it was a God sent. That I

**EXHIBIT** 1

could finally be safe and go to sleep at night. Not realizing in the long run, I ended up worse off. These men were scary and very manipulating. I felt stuck again. My ex-husband stopped trying to get me, in fear of these men so I was happy but now I had to deal with a whole different beast in these men. Who promised they'd help and protect me. I couldn't see a way out but by the grace of God I did.

My son! My son was my way out! After that March incident at Ginza night club, I came home, looked at my then 2-year-old sleeping and broke down in tears.  Promising myself to find a way to separate myself from these men without putting myself or my son in anymore danger. It wasn't easy.

I didn't realize the severity of what was done at the Ginza night club because of what I was told. I can tell you not day goes by that my heart doesn't hurt a little from that. The guilt and pain from that time in my life would eat me alive. I was in a downward spiral that I couldn't get out of. The mistakes I made would haunt me and I felt lost. I didn't know who I was at that point. I was consumed by pain, fear and anger. But like I said, looking at my son that night was all I needed. Realizing life is too short to be stuck being miserable when I have so many things to be grateful for. I voluntarily came forward to tell the authorities everything I knew because morally it was the right thing to do. Even in fear of these men coming after me because they were all still out when I told, I was done being held captive by them. I had to follow my heart and do the right thing.

I turned to God and started on a path of recovery. In the beginning on 2018 I enrolled in Rocky Mountain Laser College to pursue my certification to become a Certified Laser Specialist. May 14th, 2018, I flew up to Colorado where I completed hand one training and got Certified. It was a great accomplishment for me and a step in the right direction for my son and me. I soon after got a job at Allure Laser Med Spa from 2018-2019. In 2019 I got an amazing life changing opportunity to work at Asia Pacific Plastic Surgery for Dr.ShimChing. Currently I am still there and thriving. I love making others feel amazing about themselves. But not only that but I connect with others on a deeper level. Learn about their stories and share some of my life experiences as well. It basically therapy I didn't think I needed.  I also am currently studying for my Real Estate exam. I have passed my class and will hopefully pass the exam on January 15, 2025.

2022 still relying on my faith I got baptized. January 26, 2022, I was baptized as a Christian at Inspire Church in Waikele. Right before Pastor Mike Kai submerged me into the water, he told me "YOU are worthy! All your sins will be washed away" You are worthy! The tears wouldn't stop following because after so many years of pain, holding on to guilt and making myself live in a prison in my mind, I finally felt FREE. God gives us second chances at life, and I felt in my heart I would NEVER let myself get into a place where I would do things out of my character ever again. Because God got me. " He without sin, cast the first stone" We all sin, we all make mistakes. Some greater than others. But to me, the most important thing is you fix it, learn from it and never let it happen again. I understand that everything in life has consequences, and I absolutely wish I could turn back time and do it all over again. I am sorry to all those I've hurt and have affected. Especially my son! As silly as

this sounds, I am also grateful for this terrible time in my life. It taught me so much about myself. I found a strength I didn't know I had. Because honestly who knows what or where I'd be if this didn't happen to me. God makes no mistakes.

My son Raze is the light of my life. My best friend, my lifeline and my world. He is 9 years old and only has me. I am he sole provider. His father is in prison in Arizona. 2023 my son and I were granted a protective order against his father until my son is 18 years old. This way I can insure he can never hurt my son or I again. On a day to day my son is my focus. I drop him off to school every morning before I got to work, and he shares a bed with me, every night we pray and talk about pros and cons that happened that day. I believe mentally this helps both of us. Manifest our hopes and dreams and stay connected. I am all he has. I can't go a day without him. He can't go hours without calling his mom to make sure I'm okay. Thinking about being away from him is the worst pain I can imagine. It will not only destroy me but him as well. I humbly ask that you allow me to keep providing and nurturing my son so that he can thrive in this world and not damage him anymore. I finally can provide a stable home and family for my son. Raze is thriving in school and loves sports. He is a great kindhearted, sensitive giant that lights up any room he's in. This is my chance to make it right. I will do anything to stay with him probation for at least 5 years, community service, ANYTHING to keep me with my child. He has already experienced so much abandonment. I know the feeling; my dad was in prison most of my life growing up and my mom was always working trying her best. I want to break the cycle. Having a structured family like the one Leonard and I provide now is the best thing for his mental and physical growth. Leonard

Peters is my partner in life and is the best father figure for our kids. Love, faith and structure are what keeps our family together.

If someone would've told me 10 years ago that this would be my life now, I wouldn't believe them. It just shows hard work, determination, motivation and change for the better can really build a new solid foundation. I couldn't have DREAMED of this life I live now. A happy loving home for my kids, a great job and an amazing partner to do life with. I hope you Honorable Judge Derrick Watson can feel my sincerity through my words and feel that I have learned, and I have changed. I am begging for a second chance. Begging you to find it in your heart to allow me to keep thriving with my family. Take a chance on me. You will not regret it,

In conclusion my plans for the future are endless. I am drug and alcohol free. I have a great track record with my probation officers. I have been free this whole time and haven't been in any trouble. I abide by everything I am told. I donate blood on a regular basis, saving 3 lives every time. I participate in community service efforts such as going to city hall to help with donations for the Maui fire victims. I strive to set a good example for my son! I am remorseful and take full responsibility of my actions and promise you will never see me in your court room again or any for that matter. I appreciate you taking the time to read my letter. Thank You Honorable Judge Derrick Watson.

Sincerely,


Ashlin Akau

Danny Akau
91-1033 Haulele Street
Kapolei HI 96707
Ph.# 808.321.0377
Email: Dannyakau@gmail.com

Re: Letter of support for Ashlin H. Akau

January 11, 2025

Dear Honorable Chief Judge Derrick K. Watson,

My name is Danny Akau and I'm writing this letter on behalf of my daughter Ashlin Akau. I just wanted to explain how she was able to do her part in assisting the government on this case, when this case was in the very early stages. Ashlin has never been in trouble in her life. I decided to speak to Ash, and after everything she shared with me, she decided to come forward. Once she did, she agreed to the proffer, Ashlin was very forthcoming and was a key piece to help make a strong case to go to trial.

I felt it was my duty as her father to guide her to make the right decision, which she did. That decision to speak up was a pivotal turning point in her life. Yes, she made some bad choices, during a very dark time in her life, being in an abusive marriage, and her husband being incarcerated, she was left to provide and raise her son as a single mother. Due to those disadvantaged circumstances, her life quickly spiraled out of control. I am not making excuses for Ashlin, I just wanted to share a father's perspective.

Ashlin has done everything to turn her life around and put this behind her. I am so proud of the women she is today. She has a good job as a laser professional in the medical industry. A great mother to my grandson Raze. She's a wonderful person with a heart of gold. It's my hope that her willingness to speak her truth is taken into consideration during her sentencing.

Thank you for your time,

Danny Akau

EXHIBIT "2"

Derrick K. Watson
United States District Judge
United States District Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Dear Honorable Chief Judge Watson:
I am writing to you on behalf of my daughter Ashlin H. Akau and my 9 year old grandson Raze T. Scanlan to implore you to show mercy when sentencing my daughter on September 24, 2024. It breaks my heart to write to you and apologize for what she has done because she is truly an amazing person and I feel some responsibility for not protecting her enough.

I am a 1981 graduate from the Kamehameha Schools, I attained a bachelor's of arts degree from Santa Clara University, worked as a paralegal for many years, worked as a Union business agent and have been working for the State as an HR Director for 22 years.   Unfortunately, although I had a wonderful upbringing, I have not always made the right choices in my life.  I was divorced while Ashlin was just an infant.  I raised her and her older sister as a single parent with the support of my family. My father, a retired Fire Captain, and mother, a retired School Counselor, provided a loving and supportive environment for us.  I was able to send Ashlin to Cathedral School and Saint Francis School.  She graduated from Kailua High School where she wanted to play volleyball and be in a different environment.  She played many years of volleyball in various clubs where she excelled.

As she grew older, she wanted to be independent. I regret that I was not able to protect her as a young adult from her poor choices, her fear, her insecurity and the people in her life who were harmful to her.   When she was married, she suffered domestic abuse and became very vulnerable.  I regret that I wasn't able to provide her the support that she needed.

I am writing to beg you to see her as the woman she is today and understand that she will never do that again. Ashlin would never intentionally harm anyone and deeply regrets her involvement. This is her first offense and she cooperated with authorities, even when she feared for her life and the life of her son. She has truly self-reflected and made self-improvements to turn her life around for the better.  Ashlin is a remarkable hard-working, loving, compassionate and responsible single parent who is dedicated to being a better person and raising her son to be the best person he can be.  She is doing tremendously and has gained so much from her experiences.  Ashlin is more confident and secure with so many supportive friends and family that she appreciates and surrounds herself with. We are closer now and she comes to me for counsel, support and love.

 Ashlin has accomplished so much in the past few years.  She processed her own divorce with sole legal and physical custody of her son, sought vocational training, earned a Laser Technician Certificate, sought additional training in esthetics, has been working for a renowned plastic surgeon, took business classes at Windward Community College, has made connections with



women in a community support groups, attends religious services, is seeking her realtor's license, is living a healthier lifestyle and takes great care of her son.

Ashlin is the main caregiver to her nine year old son Raze Scanlan.  He is an intelligent, inquisitive, talkative and loving child who is so dependent on Ashlin for care, comfort, security, stability, and all his needs.  He is thriving under her care and with her love. Her presence in his life is so critical for his healthy development.

Ashlin has chosen a respectable path in life and continues to flourish.  I implore you to have mercy on her as you decide her sentence.  Although she has been living in a state of stress for years, anticipating her sentence and feeling remorse, she has done tremendously to create a better future for herself as an upstanding citizen, a diligent worker, a loving daughter, a dedicated friend, a compassionate and contributing member of our society and a doting mother. Please allow her to continue to better herself in our society with her son, family and friends who love her and who will support her.

Sincerely,

*Merlene M. Akau*

Merlene M. Akau

**Shim Ching, MD, FRCSC, FACS**
Asia Pacific Plastic Surgery
1330 Ala Moana Blvd, Ste 4th Floor
Honolulu, HI 96814
808-585-8855
sching@shimching.com
January 13, 2025

**Honorable Judge Derrick Watson**
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI 96850

**Re: Character Reference for Ms. Ashlin Akau**

Dear Honorable Judge Watson,

I am honored to provide a character reference for Ms. Ashlin Akau, a licensed esthetician and laser technician who has been a dedicated member of my team at Asia Pacific Plastic Surgery for six years. As the Medical Director, I have witnessed her exceptional professionalism and commitment to patient care.

Ms. Akau specializes in HydraFacial's, laser hair and tattoo removal, and Thermiva treatments. Her technical skill, attention to detail, and personalized care have earned her patients' trust and colleagues' respect. She excels at making patients feel at ease, turning intimidating procedures into positive experiences.

During her tenure, Ms. Akau has exemplified professionalism, a strong work ethic, and excellent interpersonal skills. Her reliability, kindness, and collaboration enhance our supportive practice culture, and her dedication is reflected in glowing patient feedback and exceptional results.

Ms. Akau has pursued advanced certifications in laser techniques, demonstrating her commitment to excellence and patient care. Her dedication has been vital to our practice's success and improving patients' lives.

This letter is written in support of Ms. Akau as part of her legal proceedings. While I am not privy to the specifics of her case, I can confidently attest to her integrity, resilience, and ability to learn and grow from life's challenges. Ms. Akau's exemplary qualities and her significant contributions to our practice and community deserve thoughtful consideration.

I respectfully request that you consider Ms. Akau's positive impact and her demonstrated character when making your decision.

Thank you for your time and consideration.

Sincerely,
**Dr. Shim Ching**
Medical Director and Board-Certified Plastic Surgeon
Asia Pacific Plastic Surgery

EXHIBIT "4"

Letter from Ashlin's son Raze

My name is Raze and I am 9 years old. I have the best mom in the whole world. Her name is Ashlin. We love to do fun stuff together. We share lots of valuable moments. Me and my mom love to watch movies together and play games together. And we both share a favorite snack noms. I am always with her, never away from her. We love to go to fun factory. My mom means a lot to me. She means the whole world to me. Without her I would be nothing. We love to explore. I love my mommy so much.



EXHIBIT



Dr. Lehuanani Akau, DNP MSN APRN-RX FNP-BC
Owner/Healthcare Provider
Allure Derm and Wellness Center, LLC
91-1001 Kaimaile Street, Unit 204 B
Ewa Beach, HI 96706
Office Ph.# (808) 600-5197
Office Fax: # (808) 600-5194
Email: Allurelasermed@gmail.com
Hilo:
1251 Kilauea Avenue, Suite 250
Hilo, HI 96720
Office Ph.# (808) 731-5250
Office Fax: # (808) 204-1747
Email: Alluredermhilo@gmail.com

Re: Support Letter for Ashlin H. Akau

January 10, 2025

Aloha Honorable Chief Judge Derrick K. Watson,

 My name is Lehuanani Akau, and I am writing this letter on behalf of Ashlin H. Akau, whom I have personally known for almost 20-years as her stepmother, and professionally for 7 years.
 Within the time of our relationship, I have grown to appreciate the women Ashlin Akau has matured into. She is a loving mother to her son Raze, a blessing of a daughter and a hardworking, young women. Ashlin has always been motivated to do good by others and has shown empathy, kindness and love for people she surrounds herself with. Ashlin has a natural way of making others feel special, as she has countlessly put others 'needs before her own. Ashlin is a wonderful older sister to her four younger siblings and continues to be supportive in their personal and academic lives. She continues to be a positive example and force in their lives, despite past misfortunes.
 On a professional level, Ashlin was wonderful with our staff and patients. Very personable and relatable and the patients absolutely loved her. It was difficult and bittersweet to see her transition into an upper-level position with an amazing physician at Asia Pacific Plastic Surgery, but a rewarding and well-deserved promotion. We support Ashlin's efforts and her career choice of being in the health and wellness field and she has proven to be a driving influence in the aesthetic industry. I hope that she can continue this path of career advancement, as she has worked so hard to gain the trust, respect and accolade of her patients and colleagues, which she is so deserving of.
 We humbly ask for your consideration of Ashlin Akau's situation and pray that she is given the opportunity to continue to be an upstanding citizen in her community and amongst her family and friends. I pray for Gods favor on her life and for His love to continue to pour out on her. Thank you again Honorable Judge Watson for your time and consideration.

Mahalo Piha,

Dr. Lehuanani Akau, DNP MSN APRN-RX, FNP-BC

**EXHIBIT** "6"

Dear The Honorable Judge Watson,

My name is Joleen Carmichael. I am writing to you as a friend of Ashlin Akau, who is currently before the court. I have known and worked with Ashlin for over 5 years now, and have had the privilege of becoming her friend and witnessing her personal growth and transformation over the years.

I understand the seriousness of the offense that brings Ashlin before you, and I do not intend to minimize the gravity of past actions. However, I respectfully ask the court to consider the profound changes in her character and lifestyle since that time.

When I first met Ashlin, the thing that stuck out to me was her empathy and willingness to help. I was new at our workplace. Ashlin really helped me to feel more comfortable, and always volunteered to train and mentor me. When she confided in me her past decisions that have impacted her current situation, I was surprised. Being the person that I know her to be, this sounded completely out of character and does not align with who she is today. I believe this is a testament to her personal growth and development, and that she is not the same person that she was. Ashlin is a very giving person, and goes out of her way to help others. She is the sole caretaker and provider for her young son and regularly attends and volunteers with her church. Throughout this journey, I have been inspired by Ashlin's commitment to accountability and personal development. She has shown deep remorse for past mistakes and worked hard to rebuild trust within the community and among loved ones. It is my firm belief that she will continue to make valuable contributions to society and live a law-abiding life.

In light of these factors, I kindly ask for your leniency and compassion in your sentencing. I am confident that any mercy extended to Ashlin will be met with continued responsible behavior and gratitude.

Thank you for your time and consideration. Please feel free to contact me at joleencarmichael@gmail.com if you would like to discuss this letter further.

Sincerely,

EXHIBIT "7"

Joleen Carmichael

June 28, 2024

Asiah Fox Dudoit
3147 George Street
Honolulu, Hi 96815
808-343-0038

Honorable Judge Watson,

I am writing to you today on behalf of my dear friend, Ashlin Akau. I have known miss Akau for nearly 20 years, since high school. Miss Akau and I have remained friends and helped each other with our ups and downs in life.

Miss Akau is and has been someone that I can depend on when I'm in a bind. She is the friend I call just so we can laugh together on the phone at our own silliness. She is a fellow mom at school pickups. Hers was the house I went to sleep at on weekends during summers in high school. Ashlin was and still is one of the most treasured friends that I have.

I do know that Ashlin was in a bad space for a while after her divorce from her controlling and abusive ex husband. She met some people and did some things along the way that I will not try to make excuses for. She is an adult and made her choices and she knows that it will take a lot of action on her part to make her amends and to hopefully one day be at peace with herself. I know her involvement in this entire ordeal haunts her and it is something that she must carry with her always. The weight of knowing what she did and how badly it could have been is something that she not only realizes but also is something she deeply regrets. We have done community service projects together recently for the Maui wildfire victims as well as beach clean ups with our children. My family and I do community service with Ashlin to show her that she is able to make things right at least in some way through all of her actions moving forward even if she can't personally apologize to those who were affected by her actions or the actions of those she surrounded herself with for such a short amount of time.

I do hope that by reading this letter you will be moved to see Ashlin as more than a mistake she made in a moment of weakness. I pray that you see her as a human being that makes mistakes but cares enough to want to make them right, a mother who takes care of not just her own child but of her two step daughters as well, as a daughter whose parents would do anything for her and as a friend whose got the right friends in her life again to be there for her when things get rough.  The Ashlin I know, love and respect is kind, caring and compassionate, she is deeply loved by all who personally know her. While I know actions have consequences I do pray that you consider all that Ashlin is today before making the decision that will affect the tomorrow of not just Ashlin but of all who know and love her as well.

EXHIBIT "8"

Sincerely yours,

Asiah Fox Dudoit

Azure L. Fox
41-534 Inoa Street
Waimanalo, HI 96795

January 10, 2025

To the Honorable Judge Watson:

My name is Azure Fox. I am a long time friend of the defendant
and I am happy to write this letter in support of my dear friend
Ashlin Akau. I have known Ashlin for nearly twenty years, and
in that time I feel I have gotten to know the side of Ashlin that
most people do not get the privilege of knowing. Ashlin is an
amazing mother who always puts her child first. She is a
grandaughter who helps care for her aging grandparents in their
home. Ashlin is also a fierce friend, one whom can always be
counted upon to show up for her friends in need.

It is my opinion that Ashlin is not the same person that she was
ten, five or even two years ago. A person can change for the
better if we give them the opportunity to do so- and I believe
Ashlin is one of those people. Ashlin now regularly attends
church with her young son. Having gone through so much in the
last couple of years has undoubtedly brought Ashlin closer to
God.

I also know that Ashlin  has spent time helping with the relief
efforts of the devastating wildfires that swept across Lahaina last
year. I know this because I was there with Ashlin at the State
Capitol Building for days helpting to organize and transport
goods to aid in the relief efforts for Lahaina.

Ashlin has already done so much since the events of her case.
She has gone to and completed schooling to become a laser
machine technician. Ashlin has started her own small business
called SheRambo a business which provides women with self-
defense tools so that they may be prepared to navigate
dangerous situations. She has even started the process of starting
her own laser technician business.

I truly believe that Ashlin Akau is a good person. I also believe
that all good people have made bad decisions. In spite of any of
Ashlin's past bad decisions- she is not  a bad person. She is a

**EXHIBIT** "9"

Ashlin's past bad decisions—she is not a bad person. She is a daughter, a mother, a sister, a friend. She is also a child of God. One who I believe has had the time to learn from and grow from her mistakes. Her growth will only continue if she is allowed the privilege to do so. It is my sincere hope that Ashlin be granted some leniency in her legal situation.

Thank you for your time and attention to this matter.

Sincerely,

Azure Fox

Sent from the all new AOL app for iOS

FROM THE DESK OF

# Mr. Elijah Medeiros

June 30, 2024

Elijah I. Medeiros
Excavation Masters LLC
22 Lilinoe St.
Hilo, Hi 96720

Honorable Judge Watson,

I am writing this letter on behalf of my Cousin Ashlin. I have known her since the day she was born. We've remained close relatives though the years and her friendship and presence is of utmost importance.

Ashlin is one of the few people in this world I trust with watching my four children. She has never treated them wrong and is one of their favorites aunties. She has always kept them safe and treated them like her own. Not once did I get second thoughts of trusting her with their lives. The Ashlin I know, would always put the best interest of others before hers.

The events leading up to the incident of which she is now being looked upon have played a big role in her mental state which resulted in something she is truly sorry for. Being a young women who never grew up with a father, led her in trying to fill that void in a marriage. The man she thought would spend the rest of her life with. Someone she thought would nurture, love, respect and provide for her and their young growing family ended up "throwing them away".  Just imagine putting all your trust and hope in a person, dreaming of doing life together raising a family and leaving a lasting legacy. Only to find out that person you held so close has become a thief and drug addict. In looking for the best interest of her and their son. Ashlin ultimately  got a divorce and was left to raise their son on her own.

As you can see this left her lost, desperate and mentally not in a clear state of thought. She is deeply sorrow for the actions that took place. She would never intentionally hurt anyone. She is a good person with huge a heart. As her first cousin I can truly say Ashlin has learned a great deal from this experience and deeply regrets any involvement. She is a good person that unfortunately at the time got mixed up with bad people.

Please take into consideration that this is her first offense and will be her last. Please have mercy on her. Ashlin's son is having to grow up without his father. Please don't allow him to grow up without his mother as well. Thank you for taking the time to take this letter into consideration.

Respectfully Submitted,

Elijah I. Medeiros


EXHIBIT "10"

To Honorable Chief Judge Derrick K. Watson,

My name is Leonard Peters Jr., and I am writing this letter on behalf of my best friend and partner Ashlin Akau.  To start, this is one of the hardest letters I've ever had to write. The woman that is before your court has changed my life in more ways than I can count.  Ashlin is a blessing to everyone that knows her.  Her light will brighten any room and make people want to gravitate to her.  Ashlin is the most selfless person I know and has the biggest, purest heart.  I have been with Ashlin for about 2 years now.  I've known her for well over a decade when I played football for UH and bounced at clubs in China town.  We weren't close friends but in December 2022 we became inseparable.

I was in the lowest point in my life.  I was in the middle of a bad divorced and fell into depression.  To say Ashlin saved my life would be an understatement.  Ashlin too went through a very ugly divorce so I felt like I could trust her advice.  I needed a friend to talk to that's been through what I was experiencing.  Her positivity and presents made such a difference in my life.  She was a listening ear and encouraged me to keep going and live for my daughters.  She taught me patience, strength and love!  Without her help I wouldn't be standing here today.

Together we have accomplished so much already.  We keep God at the center of our relationship.  We provide a safe drug and alcohol-free home for our kids.  We provide a stable home for our children who have all been through a lot.  We donate



blood as regularly.  We give to the homeless and try to help the community in any way we can.

I have two daughters ages 6 and 4 that she treats like her own.  Ashlin's son who is 9 I treat like mine because his father is not around.  To lose the pillar of our family even for a short while would be devastating.  It would be a devasting blow to our 3 kids especially.  We depend on Ashlin (MOM) for everything, and I don't know if my kids and I could make it a day without her.

I do understand the severity of what she did and that it has been almost a decade ago.  I in no way condone it!  I ask you please give her leniency.  I believe we all deserve a second chance.  I believe you will not regret giving Ashlin her second chance. She has made some mistakes as we all do when we are at our lowest point in life.  She has expressed deep remorse and has made a great deal of changes.  The woman she was before I wouldn't have brought around my kids.  The woman she is now, I am proud of.  Ashlin is a great example of a strong woman and mother that has overcome so much.  I humbly ask you to please give her a chance to continue to right her wrongs outside in her community and stay on the straight and narrow path.

Sincerely,

Leonard Louis Peters Jr.

Rita Abreu
91-1350 B Kilipue Street
Ewa Beach, HI. 96706

February 1, 2022

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850
Attn: Judge Derrick K. Watson

RE: Ashlin Akau

To the Honorable Judge Derrick K. Watson,

I am writing this letter on behalf of Ashlin Akau's character.

My name is Rita Abreu and I am friend and colleague of Ashlin Akau. I first met Ashlin in 2019. I was newly employed as the Aesthetic Nurse and I worked with her from 2019-currently. I hold the position of Registered Nurse at Asia Pacific Plastic Surgery.

Ashlin holds the title of Certified Laser Specialist and from the first time I met her, she has always shown kindness to me. She has always been thoughtful and generous with others and all of our patients loved her. Ashlin has been an asset to the company and I confidently attest to her strong work ethic.

In the two years I was employed there I can say that she is very hard working and responsible. She has a strong sense of duty, which she applies to her work, family and community. I have always been impressed with how dedicated she was to her work as well as her son. She possesses integrity and strives to make sure that she is doing the right thing.

I would sincerely like to vouch for the good character of my friend Ashlin Akau. She is my friend and colleague and I humbly ask for leniency in her sentencing. She is a kind, helpful, and hardworking woman. I would sincerely request you look into this character letter, as I strongly believe a lesser sentence is most appropriate in this situation.

Thank you,
Rita Abreu
rabreu@hawaii.edu

**EXHIBIT** "12"

Maria Arcenaux
7548 Huialoha Street
Honolulu, HI 96825
808-551-8369

June 27, 2024

Honorable Chief Justice
Derrick K Watson
300 Ala Moana Blvd #C-338
Honolulu, HI 96850

RE: Character Letter for Ashlin Akau

Dear Honorable Judge Watson,

I am writing this letter to you with a very heavy heart as a character reference for Ashlin Akau, whom I have known for more than 22 years. I am aware that Ashlin Akau is appearing before you in court, and I would like to express my support for her.

I am Ashlin Akau's mother (Merlene Akau) best friend, I first met Ashlin Akau when she join our Hula Halau when she was 12 years old. Later on, I hired her to work for my employer where I held a position of Director of Operations and Revenue. She is currently still employed there with 6 years under her belt.

I have had the pleasure of not only knowing Ashlin Akau but also working with her as well. During this time I have seen her grow from a very insecure and naïve young girl into a well-rounded woman. As a single parent she displays a strong moral character along with honesty and integrity. At work she exudes a strong sense of responsibility and caring and always promotes fairness and never judges.

Ashlin and I have had countless conversations about life and the future in regards to the choices we make. However, this I know for certain, Ashlin Akau has never once blamed anyone for the choices and she made, taking full responsibility and ownership of her actions. Many times I can see the sadness of regret in her eyes as we speak about this, and with deep remorse she worries countless nights for her nine year old son whom she is very close to.

I am aware of the charges that Ashlin Akau is facing, but that hasn't deterred her from making better choices, turning her life around and working faithfully to support herself and her son with no support from the child's father.

I know Ashlin Akau to be a good person and I would have never in my wildest of dreams envision myself having to do this for her. I truly believe that the silver lining to all this is that Ashlin Akau has genuinely learned from her mistake and is committed and continues to be a positive member of society.

Thank you for considering my letter, and I am available to answer any questions or provide further information if needed.

Sincerely,
Maria Arceneaux


EXHIBIT "13"

Brynne Asing
616 Keolu Dr
Kailua HI 96734
brynne.asing@gmail.com

January 13, 2025

Re: Character Reference for Ashlin Akau

Dear Judge Derrick K. Watson,

I hope this letter finds you well. I am writing to offer my heartfelt support for my
best friend, Ashlin Akau, who is currently before the court. I understand the gravity
of the situation and the serious nature of the offense, but I would like to provide a
personal perspective on Ashlin and her character over the past two decades that
I've known her.

I have known Ashlin since we were 10 years old. We grew up in the same
neighborhood, we played club volleyball together, attended middle school together,
and eventually learned our parents were classmates from elementary to high
school.
In the many years of our friendship, I can honestly say that she is the most loyal,
honest, and trustworthy individuals I have ever encountered. We attended different
high schools and had different circles of friends and even when I moved away for
college, we remained close. She was always a constant and steady friend and no
matter how much time passed we were always able to pick up right where we left
off.

In the last nine years, I have witnessed Ashlin make incredible strides in turning
her life around. She has been a dedicated and loving mother to her son, whom she
raises on her own. As a single mother and survivor of domestic violence, Ashlin
has faced significant challenges, but she has never allowed those hardships to
define her.

She has worked tirelessly to build a stable and successful career as a medical
esthetician. She independently financed her training to become a certified laser
technician and furthered her education in additional cosmetic treatments,
demonstrating her dedication to personal and professional growth. She is now
steadily employed and has become a respected member of her field.

**EXHIBIT "14"**

In addition to her professional accomplishments, Ashlin is also working on establishing a side business to advocate for other women who have been affected by domestic abuse. She hopes to build a community or "safe place" and become a resource for those in need, providing support and guidance to help others break free from the cycle of violence that she herself has survived.

Although I fully understand that the offense in question is serious, I sincerely believe that Ashliln has demonstrated significant personal growth and remorse over the years. She has worked hard to rebuild her life and is committed to continuing her journey of personal and professional development. A severe sentence, however, could deeply impact her ability to care for her young son, who is already growing up without the presence of his father. Ashlin has made great strides in creating a stable, loving home for him, and I truly believe that a lesser sentence would allow her to continue being the strong, supportive mother he needs and deserves.

Your Honor, I ask that you consider the positive changes Ashlin has made in her life, as well as the potential impact that a harsh sentence could have on her son and their future. I hope you will find it in your heart to offer a sentence that will allow her to continue her journey of rehabilitation, personal growth, and support for others.

Thank you for your time and consideration.

Sincerely,
Brynne Asing
*best friend*

Dear Honorable Judge Derrick Watson,                    February 2, 2022

Aloha, my name is **ARDEN AULD** I am the aunty of <u>**ASHLIN AKAU**</u>, her grandfather is my brother.   I am writing this character letter to let you know there is a beautiful, caring and loving young woman who has made some mistakes in her life and has learned some hard lessons from them.   That's all we can hope for as a family, is that our young people realize how to get back on the right path to their future.   I feel Ashlin has done that.   She's trying hard to move on with her life and make a better future for herself and her son who is her everything.  She has so much to offer.   Ashlin is a strong young lady with a big heart.   She truly is very special!   Please take into consideration all the hard work she has done so far to make a more positive lifestyle for herself and her son.   I know given the chance she will push forward to a great future!

Sincerely, ARDEN AULD

EXHIBIT 

June 28, 2024

Honorable Judge Watson,

I am writing on behalf of Ashlin Akau.  I have known her for over 23 years, nearly her whole life.   Her mother and I are close, long-time friends.  I consider them family, she is like a daughter to me.

She's made a mistake not to be taken lightly.   She got off the path in a very serious way and is remorseful and regrets her involvement.   I know the guilt of what she's done will stay with her and will serve as reminder to stay on the right track.

I know Ash.  She has always been good, loving and kind.  I can't help but think as uncharacteristic as this offense was it shed a light to help her add strong, beautiful, capable.  This has also made her a more dedicated, patient and loving single mother.

So many lives have been impacted and forever changed by this incident, that cannot be undone. Please take into consideration that this is her first and only offense.   I ask for leniency in her sentencing so can continue to be the best version of herself and a  little boy can continue to know the love of his mother.

Sincerely,

Monica 'Nikki' Brissette

Monica L. S. Brissette ~ 968 Uwao Street~ Honolulu, Hawaii 96825

EXHIBIT "16"

To whom it may concern,

My name is Timothy Brown and I am currently employed with the Honolulu Police Department, District 3 Crime Reduction Unit. I am writing this letter on behalf of Ashlin Akau. I have known Ashlin for approximately 13-14 years through family and mutual friends. Ashlin may not have always made the best decisions and a lot of those decisions usually occurred because of her past relationships and influences they have had on her at that time. We have never always seen eye to eye on those decisions but in the past 3-4 years I have seen a drastic change in Ashlin Akau and her actions.

Ashlin has learned from the past decisions and had grown to become a great and loving mother, daughter, sister and supportive friend. Ashlin has since had a positive impact on those around her from those who know her and those who she meets. Ashlin currently owns her own business, is currently employed as a certified laser specialist and also is the only parent who takes care of her 6 year old son.

As a prior Adult Corrections Officer and current Police Officer I do believe that everyone should take responsibility for their actions and accept the consequences. But, I also believe that people can change for the better. I am writing this letter to state that Ashlin Akau has become a better person all around and I do believe that she deserves some leniency in making the decision on her sentencing. In my opinion Ashlin Akau has made great changes in her life and I believe that she will continue to do her best and persevere in making the right decisions.

Sincerely,

Timothy Brown

EXHIBIT "17"

February 12, 2022

To Whom This May Concern,

I am Katrina Constantino a full-time resident in Honolulu, Hawaii. I write this letter regarding my former colleague and friend, Ashlin Akau. I have known her for three years now and have gotten to know her during my time with Asia Pacific Plastic Surgery (APPS). She exemplifies a hard worker at APPS, always ready to learn and help any way she can.

Apart from working together, we were able to become close friends in a short amount of time. I grew up in Guam, a small island where we value respect and our community. She has shown me countless times how important it is to always be kind to others and to always remember what our parents have taught us. This is when I knew that Ashlin's character was genuine; we were raised similarly, and we value many of the same things.

Ashlin may have done things in the past that were questionable, but she has matured since those days and has made a better life for herself and those around her. I believe that people are given a second chance to do what is right and she has shown this by where she is now. She works with a group of women who support her and help her grow into a stronger woman. She has been an amazing friend since I have met her, and I am proud of where she is now. She will continue to strive for better and there is no doubt she will be successful in all her endeavors in the years to come.

Sincerely,

Katrina Constantino

EXHIBIT "18"

The Honorable Chief Judge Derrick K. Watson

Dear Chief Judge Watson,

I am writing to you on behalf of Ashlin Akau, whom I have had the privilege of knowing for several years. We first met through her work as a licensed esthetician, where she has consistently demonstrates an extraordinary commitment to her clients. Over time, our professional relationship developed into a genuine friendship, and I have come to know Ashlin as a reliable, caring, and hardworking person.

Ashlin is someone who goes above and beyond, both in her professional and personal life. She approaches her work with a level of dedication and precision that reflects her desire to positively impact those she serves.

As a friend, Ashlin is compassionate, trustworthy, and supportive. She has been there for me during challenging times, offering her kindness and understanding without hesitation. Her actions consistently demonstrate a deep sense of integrity and care for those around her. I have always admired her ability to remain resilient and focused.

Ashlin is a person who takes responsibility for her actions and is committed to learning and growing from her experiences. I firmly believe that she has much to contribute to her community and that she will use this as an opportunity to become an even better version of herself.

Sincerely,

Ashley Driver

EXHIBIT "19"

Amy Feeley-Austin, MS MPH
508-246-8167
73-4435 Hawaii Belt Rd.
Kailua-Kona, HI 96740
6/27/24


Honorable Judge,

I am writing this letter on behalf of my friend and former employee Ashlin Akau. Ashlin and I became acquainted in Spring of 2023, when I took on a temporary role as the administrator of Asia Pacific Plastic Surgery in Honolulu, HI. Ashlin served as an aesthetician during that time, and in our small practice I had time to become familiar with each of my providers- their work habits, personalities, and dispositions. As such, I feel I have a solid understanding of what kind of person Ashlin is, what motivates her and how she behaves with others.

Ashlin is an intelligent, capable woman who supports and cares for those around her. She is a loyal and thoughtful friend, and often acted as a motivating leader to her peers without being compensated as such. Her demeanor is generally pleasant, bubbly and outgoing. Ashlin is loved by her clientele. She is hardworking and reliable- during the time she worked for me, she demonstrated a capacity to balance a demanding patient load with the needs of her family and the challenging legal situation she faced.

She was open and transparent with me about her difficult history, and about her strong desire to overcome it and provide for her family through honest work. I am aware of multiple scenarios in which some element of her past came "back to haunt" her, and she did everything possible to avoid conflict or involvement in anything that wasn't completely above board.

If you would like additional information about Ashlin, feel free to email me at amy.colette.feeley@gmail.com

Mahalo,

*Amy Feeley-Austin*

Amy Feeley-Austin, MS MPH
508-246-8167

EXHIBIT _20_

Dear Honorable Judge Watson,

I am writing this letter in support of Ashlin Akau, whom I have known for 3 years. I understand that she is appearing before your court, and I appreciate the opportunity to provide insight into her character.

I have had the privilege of observing Ashlin in various capacities, inside and outside of work.Through these experiences, I have come to know her as a person of love, responsibility, and compassion.She is alwOne of Ashlin's best qualities is her natural willingness to help others and put others needs before her own. I know her to be such a beautiful person, mother and friend.

Based on my knowledge of Ashlin's character and the circumstances surrounding this case, I am confident that she will continue to contribute positively to society. I sincerely hope that you will take into consideration her overall character and the support of those who know her well.

Thank you for considering my perspective. Please feel free to contact me at faronfukuchi@gmail.com if you require any further information.

Sincerely,

Faron Fukuchi

EXHIBIT "21"

January 19, 2025

Shirley Gambill-De Rego
64-783 Paeli Alanui Street
Kamuela, Hawaii 96743

RE: Ashlin Akau

Dear Honorable Chief Judge Derrick K. Watson,

I am writing this letter on behalf of my niece, Ashlin Akau, to shed light on the wonderful person
she is and the significant role she plays in her family and community.

Ashlin and I are closely related—her father and I are first cousins, as our parents are siblings. I
have known Ashlin since she was a baby. Although she grew up on Oahu and I lived in Waimea
on the Big Island, we often connected at family gatherings and reunions. Our bond deepened in
2004 when my son, her cousin, began attending Kamehameha Schools' Kapālama campus.
During those years, Ashlin consistently went out of her way to support both her cousin and me
whenever I visited Oahu.

Ashlin has always been someone her family can rely on. She has been a pillar of support for her
mother, grandparents, and sister, always willing to lend a helping hand. Her kind and selfless
nature have been a constant source of comfort and inspiration to those around her.

When Ashlin became a mother, her life took on new purpose and meaning. She loves her son,
Raze, with all her heart and has dedicated herself to raising him with love and care. Despite the
challenges of navigating single parenthood after her divorce, Ashlin has remained steadfast,
providing Raze with a stable and nurturing environment. She has instilled in him important
values, ensuring he grows into a loving and respectful young man. These formative years are
crucial for a child, and Ashlin has done an exceptional job of being the guiding force and
example of what love and resilience look like.

On behalf of myself and our entire Akau 'Ohana, I humbly ask for leniency in Ashlin's case. We
respectfully request your consideration of probation and home confinement, allowing her to
remain with Raze during this pivotal time in his life. Ashlin's presence is vital to his continued
growth and well-being, and her family's love and support are unwavering as she moves forward.

Thank you for taking the time to read this letter and for considering the heartfelt plea of a family
who deeply loves and believes in Ashlin.

Sincerely,


Shirley Gambill-De Rego
Aunt



Honorable Judge Watson,

I am writing this letter on behalf of my dear colleague, Ashin Akau. I have had the pleasure of working with her for more than 4 years. Over this time, we have developed a close professional relationship, and I have come to regard her friendship as invaluable.

Ashlin is someone I can trust and rely on in both professional and personal matters. She consistently beyond to assist others in need.

In addition to being a dedicated and trustworthy colleague, She is a person with a huge heart who would never intentionally harm anyone. I can attest that she has deeply learned from this experience and regrets any involvement.

Since the incident, Ashin has made significant strides in turning her life around. She has sought counseling, attended professional development courses, and has become more involved in community service. Her commitment to personal growth and positive change is evident in her daily actions and attitude. She has shown a remarkable ability to learn from her mistakes and has worked tirelessly to ensure she is a better person, both professionally and personally.

Please consider the positive changes she has made in her life when making your judgment. This is her first offense, and I believe it will be her last.

Please show leniency in your judgment.

Sincerely,


Noel Gittelman

**EXHIBIT** "33"

**Lorene Glisson, RN, BSN**
Director of Nursing/Risk Manager/MLSO
Asia Pacific Plastic Surgery, Inc.
1330 Ala Moana Blvd, Ste 4th Floor
Honolulu, HI 96814
lorene@drshimching.com
808-439-8068
June 27, 2024

**Honorable Judge Derrick Watson**
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

**Dear Honorable Judge Watson,**

I am writing to you today to provide a character reference for Ms. Ashlin Akau, whom I have had the pleasure of knowing both professionally and personally for the past five years. As the Director of Nursing at Asia Pacific Plastic Surgery, I have worked closely with Ashlin and have consistently observed her exemplary qualities and unwavering dedication.

In her professional capacity, Ashlin has proven to be an invaluable asset to our team. She is responsible, caring, reliable, and trustworthy which are all the qualities that are essential in our field. Ashlin's work ethic is commendable; she approaches each task with diligence and a commitment to excellence. Her ability to connect with patients and colleagues alike is a testament to her compassionate nature and strong interpersonal skills.

Outside of work, I have also come to know Ashlin on a personal level. She is a person of integrity and kindness, always willing to lend a helping hand to those in need. Her reliability extends beyond the workplace, as she is someone her friends and family can always count on.

Given these attributes, I can confidently say that Ashlin is a person of good moral character. I am aware of the circumstances surrounding her court case, and I believe that her actions were out of character. Ashlin has always shown herself to be a law-abiding and conscientious individual, and I am certain that she deeply regrets any wrongdoing.

I respectfully ask for your consideration of Ashlin's character as you deliberate on her case. I trust that you will find her to be a person deserving of leniency and understanding.

Thank you for your time and consideration.

Sincerely,

Lorene Glisson, RN, BSN
Director of Nursing/Risk Manager/MLSO
Asia Pacific Plastic Surgery, Inc.



To whom it may concern:

My name is Asten Koki my relationship to Ashlin Akau is I am her brother-in-law an am married to her sister Amber Koki. I am writing this letter as a representation of Ashlin and what she means to my life, our family and how I see her as a person.

Since I have known Ashlin she has always made me feel accepted and loved by her family. She always made sure that I felt comfortable from day one and even treated my family with the same respect and love. She is a wonderful person with such a pure spirit and outgoing and fun personality which she rubs off on to everyone she comes across.

What truly is significant to me on how I view Ashlin is how loving of a mother she is and how she cares for her son. Ashlin has a 9 year old son and has been divorced for several years now and has overcome many obstacles while being a single parent. Being that she has no support from her child's father, she has never used that as an excuse to create opportunities to gain an income to better her situation and support her family. Ashlin studied and earned certifications to be an Esthetician Laser Specialist which she currently holds as her profession.

Ashlin also took interest in Religion by attending Inspire Church in Waikele where I noticed she would make connections with others as she normally does but amazingly helped friends and family in counseling them from her experiences and showing how she overcame her trials. Ashlin is someone who shows up when a task presents itself and she always seems to seek answers and positives when someone is in need. The love and dedication she shows to raising her son is she will go above and beyond to make sure her son will get all the opportunities he needs to be the best that he can be and is truly inspirational.

I have known Ashlin for approximately 9 years and I've learned a lot about her over the years. Ashlin is one to leave an everlasting impression on everyone she has come in contact with. She shares her love and caring personality to all that has the pleasure of meeting her and is able to connect with people so naturally and has the ability to make others feel comfortable around her. Ashlin truly shows that she is selfless and always puts others first before herself which may sometimes put her own needs on hold.

There is not enough words to describe how important Ashlin is to our family and to all that has the pleasure of meeting her. Please consider these words and thank you for the opportunity to share with you.


Respectfully,

Asten Koki



JANUARY 22, 2025

Your Honor,

My name is Ilima-Lei Macfarlane and it is my pleasure to submit this character letter in support of my friend, Ashlin Akau, for her upcoming sentencing hearing. In short, Ashlin is a devoted mother, daughter, sister and loyal friend. While what she did was a terrible mistake, it does not define her, and is not who she is today. I humbly ask for leniency in your decision.

I am a professional fighter and undefeated world champion for Bellator MMA. My journey has been difficult, and I have encountered adversity that at times seemed impossible to overcome. However, I can proudly say that Ashlin has been a positive influence in my life and helped me through these difficult times. The friendship she has provided to me, she has also provided to others and continues to do so to this day.

Ashlin and I are Native Hawaiians and our community has suffered from historical losses to our culture and identity, which in turn has led to disproportionate poverty, education, income, resources and incarceration. For example, the State of Hawaii's Office of Hawaiian Affairs found that Native Hawaiians were more likely to receive a prison sentence, longer sentences, and longer probation terms than any other ethnic group in Hawaii. See https://www.oha.org/wp-content/uploads/2014/11/factsheets_final_web_0.pdf . This is the world that Ashlin and I come from. This is not offered as an excuse for Ashlin's actions, but it provides context as to what growing up in Hawaii was like and experiencing the loss of our culture and sense of identity. Finding the right path can be extremely difficult, especially being a Native-Hawaiian woman. Another disproportionate stat that we face, like many other indigenous women, is sexual abuse and domestic violence. Ashlin and I both have been victims.

 I was born and raised on the island of 'Oahu and attended the prestigious Punahou School from K-12th grade. When I was a middle school student, I was groomed and sexually abused by one of my basketball coaches. This has haunted me throughout my life and it wasn't until I was able to reconnect with my culture and other survivors—Ashlin included—that I was able to find some stability.

Upon graduating I moved to San Diego to pursue a higher education at San Diego State University where I began to learn about and connect with indigenous issues. I received my Bachelor's Degree in Cultural Anthropology and my Master's Degree in Liberal Arts and Sciences with a focus on indigenous issues. I stayed in San Diego after completing graduate school to pursue a career in mixed martial arts. Without getting into the details of my journey, I connected with my culture and other women, which helped me to become a Bellator MMA champion, heal past trauma and find my self-identity. I saw how powerful this was and I created a scholarship program for young Native girls where I used my platform to support causes that were close to my heart, including combating the MMIWG2 epidemic.


EXHIBIT "26"

The Ilimanator Scholarship program gives young Native girls the opportunity to travel abroad and attend cultural enrichment programs. Many of these young women have never left the islands or the reservations and I wanted to create a scholarship that would help to pay for their travel and enrollment. In addition to my scholarship, I also offer a women's retreat program which aims to teach these young girls and women self-defense, self-love, self-preservation and the defense of the sacred. Statistically native women face the highest rates of violence and I am trying to change that narrative. One lesson I teach my girls is to make sure to have a strong support group of other women. Surround yourself with women, empower each other, tap into our divine feminine energy and change the world. I consider Ashlin as part of my inner circle of strong women that I encourage everyone to have.

I have known Ashlin for about 20 years and have seen her transform through the years into her highest self. I have never seen a more devoted mother who wants nothing but the best for her son. After being trapped in an abusive relationship, Ashlin had the courage to leave her abuser and create a new life for her and her son. She left her former life of abuse and coercion behind and today, Ashlin is a completely different person. She has turned her life around, earning her license as a medical esthetician and securing a position with one of the most sought-after doctors in the state. She is also a homeowner, a devoted partner, and most importantly, a loving mother to her beautiful son. She has worked tirelessly to create a stable and nurturing environment for her family, defying the odds and overcoming the generational cycle of trauma that so often impacts families like hers.


As you are aware, Native Hawaiians are disproportionately represented among incarcerated individuals in Hawai'i and are overrepresented in many of the state's most troubling statistics. Ashlin transformation is a powerful example of someone who has refused to become another statistic. She has broken free from a dark past and is contributing positively to her community and her family. To remove her from her son's life now would not only be devastating for her, but it would also inflict lasting harm on Rayze, potentially perpetuating the cycle of trauma that Ashlin has fought so hard to end.


I humbly ask that when issuing your sentence, that you consider how far Ashlin has come and how amazing of a mother she is.


Mahalo,


**Ilima-Lei Macfarlane**

PROFESSIONAL ATHLETE

July 5, 2024

Honorable Judge Watson,

I am writing this letter on behalf of my cousin Ashlin Scanlan.  I first met Ashlin when her cousin Elijah and I were just dating back in 2005, and I have gotten to know her more since then.  She really has become more like my own family rather then just my cousin-in-law.  I have witness growth in Ashlin to better herself and to make selfless choices for her son, Raze, to be the parent that he needs.  She is one of the hardest working single parents that I know, and her son is thriving because of that.  I see her excelling in not only in her parenthood, but also in her job as well.  I also have witnessed her growth in her relationship with God, and I believe that is a big part of the all around growth I see in her life.

If my family lived on the island of Oahu, I know that I could count on and trust in Ashlin as a safe baby sitter for my four children (ages 5-14 years old).  I have two girls and two boys, and they love their aunty Ashlin and their cousin Raze so much.  They occasionally write letters to each other, exchange phone calls, and enjoy it when we do get to visit with each other.

Please take in to consideration that this is Ashlin's first offense, and I'm sure it will definitely be her last.  I believe that she has grown immensely from that experience and deeply regrets having any involvement in it at all.  Ashlin has a very good heart and wants to continue to make a good life for not only herself, but also for her son Raze, by making the best possible choices in life for them.  Please allow her to continue be the present parent that she is in her sons life.

Thank you for taking the time to read this.


Sincerely,

Daysha Medeiros
22 Lilinoe Stree
Hilo, HI. 96720

**EXHIBIT** "27"

# CHARACTER LETTER

February 22, 2022

Sir/ Ma'am or to whom this may concern,

My name is Mitchell P. Medeiros and I am one of Ashlin Akau's First cousins. I am an Active-duty Airforce Flying Crew Chief stationed at Joint Base Lewis-McChord, Washington State.

For as long as I've known Ashlin she is kindhearted and thoughtful towards others. As an example, there was a time where there was a less fortunate individual on the side of the road and it just so happened that she had just bought lunch for her and her son. She ended up giving the individual what she had, setting a good example for her son Raze. Don't worry she went a got Raze something to eat shortly after.

My cousin Ashlin Akau will be subject to sentencing for mistakes and bad choices she has made. I don't know much about the facts of the case but I do know she has put all that behind her and started anew by, getting involved with a church and attending service every Sunday. And has started a small business on the side of her normal work schedule. Even with her busy day to day schedule she finds the time to take care and spend time with her son Raze and Family. Please consider the good choices she has made prior to the incident and is currently making in her life when you come to your verdict.

v/r,

MITCHELL P. MEDEIROS, SSGT, USAF

C-17 FLYING CREW CHIEF

62 AMXS/MXAB

EXHIBIT "28"

**Character Letter**

February 23, 2022

Dear Sir/ Ma'am,

  My name is Ty Aaron Medeiros, and am recently retired as a Battalion Chief from the Hawaii County Fire Department after 33 years.

  My Niece Ashlin Akau will be attending her sentencing hearing in April 2022 for admittingly making very bad choices in her young adult life. Due to the circumstances that occurred, she is subject to the punishment and restitution by the courts.

  In the past year, Ashlin has dramatically changed her outcome on life. She has realized and acknowledged her mistakes and shortcomings. She has regained her self-respect and has found a place in Church to fellowship and receive support from good people. Ashlin has started a business to empower and support other young women. She is focused on making adjustments in her life to become the better example to her son Raze.

  I am requesting the Court consider the changes she has made in her life and allow her to continue living her life in the positive direction she has chosen, becoming an example of how a young women can become a honorable citizen and loving Mother.

Very Respectfully

Ty A. Medeiros

151 Woa Rd.
Hilo, HI 96720
808-825-8346
Hi_fireman@hotmail.com

EXHIBIT "29"

July 1, 2024

Honorable Chief Judge Derrick K. Watson,

I am writing this letter on behalf of my niece Ashlin Akau. I have known Ashlin since birth. Ashlin's mother, Merlene, is my first cousin. Ashlin is my niece because of the closeness and bond of our family. Merlene is more a sister than a cousin. I will explain our relationship to illustrate our family dynamic. Ashlin's character is woven in a rich heritage of integrity and community service.

Before I can explain the character of my dear niece Ashlin, I must describe her family heritage. Her Grandfather is a Hero. He has served our country and state in the Military, Police Department and Fire Department. He is my mother's eldest brother of 6 children. My Grandparents were honest, hardworking people that raised their children with integrity and kindness. My Grandfather lead his community by simply helping anyone in need that needed help. My grandparents didn't drink alcohol or even use curse words. They fostered neighbor children on their own and provided a safe, loving and moral environment to live in. They did not have a lot of money but always had enough to provide guidance, food, shelter or support for anyone in need. I tell you this to explain that Ashlin holds the same hero spirit as her grandfather and the heritage that we were all raised in. She is so kind, compassionate and goes out of her way to help anyone in need. Her integrity has grown stronger with this experience and has learned and regrets the wrong choices she made in her youth.

Ashlin is a good mother and provider to her son. She is a responsible parent and Aunty to her nephews. She would never harm another person intentionally. Ashlin deeply regrets any involvement in this. She has so much to offer her community. She is the kind of person that can change the world. Let this experience be a way to allow her to serve her community as an active member of her community. This is her first and only offense. Please have mercy on my niece Ashlin.

Respectfully Yours,

Barbidee H. Meinel


EXHIBIT "30"

Shianne Paepule
629 Halela Street
Kailua, HI 96734

February 18, 2021

Re: Ashlin Akau

To Whom it may concern,

Ashlin Akau and I have been close friends for almost 13 years. That friendship quickly transformed into a family bond in which I can definitely vouch for her character of being a big hearted woman who has overcome many obstacles to become the person she is today. This is why I am choosing to write this character letter for a woman whom I truly believe is an upright person. I understand the seriousness of this case however, I hope the court will realize how much Ashlin Akau has changed and show leniency.

Since the beginning of our friendship, I have always considered Ashlin Akau to be a devoted friend who genuinely cares and loves those around her. She is the type to notice someone who is struggling in life and without a word, quickly respond. I will never forget what Ashin has done for me personally as a friend. I was young, homeless, with no place to go, and no food to eat. Without hesitation, Ashlin took me in, fed me, gave me a place to lay my head at night, and most of all helped me to get back on my feet. She didn't think any less of me and always made me feel at home. That gesture of kindness has impacted my life to this day. I will always be grateful.

Ashlin has overcome many obstacles in her life to get where she is today. One example is the constant physical and mental abuse stemming from her past relationships. She has used those years of hardship and suffering as a tool to launch her own company with the intent to help others suffering through the same abuse she has endured. She has turned all that negative energy she once faced into a positive beam for other woman to be inspired. As a single mother she has also shown characters of strength, endurance, positivity and love to raise her son. I have personally witnessed her love and support towards her son, and embracing the role of both mother and father.

Despite the case, I truly hope the court can see how honorable of an individual Ashlin Akau is, and how valuable she has become to my community. I believe she is a positive, loving human being, and I can only hope the court may take this letter into consideration during the time of the sentencing.

EXHIBIT "31"

Dear Judge Watson,

My name is Timo Paepule Jr. I am St Louis Crusader alumni as well as a University of Hawaii Warrior alumni. I have a BA in Sociology and I have had credited career of 14 years in the CDL industry. I currently work for one of the most prominent concrete companies on Oahu "HC&D" and I have over 11 years of experience as a sound dispatcher.

As a Sociology major, understanding people and their social patterns are typically what is studied. However, the character of a person can never be measured through books or teaching. It can only be witnessed through experience and felt, through human contact.

Ashlin Akau entered my life in 2009. There never was a day where I felt any sort of danger with her around. She was someone I could rely on especially when I went through some legal issues. She drove me to and from classes, picked me up with no questions asked, dropped me off despite lack of sleep. She laughed, cried, smiled, and was a sense of comfort for me at my lowest points. Although many people turned their backs on me, Ashlin never wavered. She treated me as an older brother and most importantly like a best friend. I'll always love her for that, I will never forget how she made me feel when no one else cared.

Even though her parents were divorced, she never had any ill feelings toward any of them. She loved them both equally. Without a father figure in most her life, I felt I could at least be a figure in which she could turn too. Through all these years I could never see Ashlin as someone who intends to hurt anybody. Yes, mistakes were made. I am sure she regrets many of those. However, the good in Ashlin's life far outweighs the bad. I can only speak for myself, but Ashlin is one of the most reliable, uplifting, loving most generous human beings I know. When they speak of love, Ashlin has plenty to offer. Watching her as a mother is a prime example of what love is. Raising her son is a joy to watch. Doing it without the father in his life is even more impressive.

The growth Ashlin as shown since we first met in 2009 is remarkable. It has truly been an honor to watch her grow from a timid young girl, to a substantial young lady. Her love for God as evolved into beautiful connection between her and Christ Jesus. Her change in attitude towards life despite the challenges has inspired the likes of myself and many others around her. I didn't formulate a


EXHIBIT "32"

friendship in 2009.  I established a long-lasting bond.  What was created was truly heaven sent. I gained a Sister, whom I will vouch for until my dying breath.  I love her like my own.  Blood can't make us any closer.  Please understand the impact she has had in my life, and consider this in all decisions.

**Timo Paepule**
Lead Dispatch



**2344 Pahounui Dr**
**Honolulu, HI  96819**
(808) 832-9286
(808) 832-9480 fax
**Timothy.Paepule@hcdhawaii.com**

Shayna Sanidad
1707 Hoolana Pl
Pearl City, Hawaii 96782
Shaynaannsanidad@gmail.com
(808) 304-0363

To whom it may concern,

I am writing this character reference letter for Ashlin Akau. I have had the privilege of working alongside her the last 3 years and 8 months, where I have come to know her as a kind and compassionate individual.

Based on my interactions and observations, Ashlin has consistently demonstrated integrity and a genuine care for others. On multiple occasions she has been a source of encouragement for many people in the workplace and would often help those who are in need with no hesitation. She has shown leadership and honesty by stepping up to handle challenging tasks with a positive mindset and approaches her work with a sense of responsibility and desire to do her best. She is known for her positivity, reliability, and caring heart.

I have no doubt in my mind that Ashlin Akau will contribute positively to society. Her honesty, genuine remorse, and open communication on the situation give me complete confidence that she is committed to learning from any mistakes made and will grow positively. Feel free to contact me if you have any questions.

Respectfully,
Shayna Sanidad

EXHIBIT "33"

July 5, 2024

Honorable Judge Watson,

I am writing this letter on behalf of my dear friend, Ashlin
Akau. I have known her for almost 20 years. We've remained close
over the years and her friendship is one I truly cherish.

Ashlin is a woman of God, loving and caring, someone trustworthy
and dependable in a time of need. She's selfless and always puts
others before herself. As one of my closest friends, she makes
the time to check on my family and I often, lends a hand if we
need it, offers to cook us meals and attends my church life group
when she's able to. The love of God is evident in her life and
she would not intentionally harm anyone. As one of her best
friends, I can testify that she has learned and grown from this
experience based on how she chooses to live her life now and she
deeply regrets any involvement. 1 John 1:9 "If we confess our
sins, He is faithful and just to forgive us *our* sins and to
cleanse us from all unrighteousness." Please take into
consideration that this is her first offense and her last. Please
have mercy on her, Judge Watson.

Sincerely,
Raylin Stietzel



Dear Chief Judge Derrick K. Watson,

My name is Cynthia Waiwaiole, and I am Ashlin Akau's first cousin. I am writing to provide you with further insight into Ashlin's character and circumstances. I have known Ashlin for many years and have witnessed her unwavering dedication to her son, Raze, as a single mother. She consistently balances the demands of her career with her commitment to providing a nurturing and stable environment for him.

Ashlin's life has presented significant challenges, but she has consistently demonstrated resilience and a proactive approach to personal growth. She has faced adversity with grace, learning from her experiences and striving to become a better person. The bond between Ashlin and Raze is exceptionally strong, and the potential disruption caused by her current situation would have a profoundly negative impact on their relationship. The thought of them being separated causes significant concern for her entire family.

Ashlin's commitment to positive change is undeniable. She is a hardworking and dedicated individual who serves as a positive role model for those around her, including myself. We believe that her actions reflect a genuine desire for self-improvement and a commitment to building a brighter future for herself and her son.

We respectfully request that you consider Ashlin's circumstances and the profound impact your decision will have on her and her son, Raze. Thank you for your time and consideration of this matter.


Warmest regards,

Cynthia Waiwaiole



Dear Judge Derrik K. Watson,

My name is Torrey Waiwaiole I am writing to you on behalf of my cousin, Ashling Akau, who I have had the honor and privilege of knowing my entire life. As her cousin and someone who grew up alongside her, I can attest to the strength of her character, her unwavering dedication to her family, and her deep care for those around her.

Ashlin Akau is a single mother who has devoted her life to creating a stable, loving home for her child. She is a remarkable mother—nurturing, responsible, and selfless. Despite the challenges of raising a child on her own, she has always demonstrated resilience and a commitment to providing the best possible life for her family. She works hard as an esthetician, a profession she takes pride in, not just to support her household financially but also to help others feel confident and cared for.

Beyond her role as a mother and professional, Aslin Akau is the kind of person who lights up any room with her presence. She is a generous and Godly woman who always puts others before herself. Whenever someone is in need—whether it's family, friends, or even a stranger—she is the first to answer the call. She's the person who will pick up the phone no matter the time of day or night, and she always knows the right words to say to offer comfort and guidance.

As a friend and cousin, I've seen her kindness and loyalty time and time again. She has been there for me and so many others in our darkest moments, offering not only emotional support but practical help when it was needed most. Her faith has guided her actions and served as a foundation for the love and compassion she shows to everyone she encounters.

It is rare to find someone as selfless, dedicated, and caring as Ashlin Akau. I hope that my words can convey even a fraction of the positive impact she has had on the lives of those around her. I sincerely ask that you take into account the incredible person she is as you consider her case.

Thank you for taking the time to read this letter. If you require any further information or would like to discuss my cousin's character further, please do not hesitate to contact me.

Sincerely,
Torrey Waiwaiole


EXHIBIT "36"

Dear Judge Derrick K. Watson,

My name is Teisa Brown, and I am writing on behalf of my friend, Ashlin Akau, who is facing sentencing in your court. I have had the privilege of knowing Ashlin for 21 years, and I'd like to share my perspective on her character and growth.

Ashlin is one of the most hardworking and resilient people I know. As a single mother, she has faced challenges that many could never imagine. Yet, she rises above them with strength and determination. Her ability to move forward with purpose despite adversity is truly inspiring.

While Ashlin has made mistakes, she has shown deep remorse and taken full responsibility for her actions. She hasn't minimized or ignored the gravity of her mistakes. Instead, she has owned them with humility and a genuine desire to make things right. What stands out most is how she has used these missteps as opportunities for growth. She has worked hard to better herself, and I've seen firsthand her commitment to moving forward in a positive direction.

As a friend, Ashlin has always been a constant source of compassion, support, and understanding. She has a remarkable ability to make others feel valued, and her presence is warm and reassuring. Whether in small gestures or larger acts of support, Ashlin's kindness is unwavering.

Above all, Ashlin is a deeply devoted mother who has worked tirelessly to create a stable, loving environment for her son, Raze. Her dedication to him is unmatched, and I've seen how much she strives to be the best role model she can be.

In closing, I believe Ashlin is someone who has learned from her past and is committed to becoming the best version of herself. I have no doubt she will continue to rise above challenges and excel in whatever she pursues.

Thank you for your time and consideration. I trust that you will take into account the person that Ashlin is and has proven herself to be, and I appreciate your thoughtful review of this letter.

Sincerely,
Teisa Brown



EXHIBIT "37"

January 4th, 2025


Re: Defendant, Ashlin Akau set for 2/19/2025 at 09:00 AM in Aha Kupono


Aloha Chief Judge Derrick K. Watson,

On behalf of our Pereira 'ohana, I, Trisha Pereira would like to extend my deepest gratitude to you, allowing us to provide character of Ashlin Akau.

Ashlin Akau is a young mother who still has a full life ahead of her to grow, instill good character to her son and become a leader within our Hawaiian community.  As a young adult living in today's Hawaii, she may not have had the best guidance to do the right in socio-economical situations; with having parents who are divorced and living between two families.  Many young adults like Ashlin, are presented with manipulative opportunities that dangle a dollar towards instant richness and fast cash, taking advantage of her kindness and integrity.  Ashlin has always been a survivor, thinking of opportunities to bring cash flow in to support her and her son.  That will to survive is what makes her wake up every day, strong and resilient to move mountains.  Her mountains include those such as taking on education, new job promotions, learning new skills to broaden her personal capital in becoming her own brand.

Ashlin has been a huge supporter against domestic violence and manipulation and pro for women empowerment.  She's created a brand called She-Rambo, which was originally created for women to protect themselves against any harm, danger and verbal manipulation.  She freely handed out keychains for free that had a soft spike on the end to those who worked the night shift, to protect themselves while walking back to their cars.  She tag-teamed with her friend, MMA Fighter Ilima McFarlan and provided women information and insight to self-defense classes to protect ourselves.  The is driven to help other native Hawaiian women, succeed in life and not become a victim to anyone who comes along trying to manipulate them as what happened to her in her past.

Ashlin is also a dear friend, who loves hard and would give anything we've asked of her if she could.  Her integrity and friendship has kept us close, like a sister I never had.  I see her struggles and although she never asks for help, myself and my husband extended our car to her when her car broke down, so she could still make it to work and take her son to school.  Our family purchased a laser hair removal machine for Ashlin to use and save money for a rainy day fund that she's never had.  We did these selflessly and without doubt; because like Ashlin, we had hoped that someone like us, with good intentions would come along and see the goodness and light we have inside and just give us a hand.  Through her resilience and believing in herself, Ashlin remains beautiful, inside and out; with positive energy and a light inside of her beaming to doing the right.  She continues to make changes for herself, her son and we are so proud of her.

Mahalo for this time and opportunity.

Best regards,

Trisha Pereira



Dear Honorable Judge Watson,

I am writing this letter in support of my dear friend, Ashlin Akau, who will be appearing before your court. I have known Ashlin for over 15 years, and during that time, I have witnessed her remarkable growth and transformation.

While Ashlin may have faced challenges in her younger years, I want to assure you that she has matured significantly. Not only as a person but in her faith as well. Ashlin accepted the Lord as her savior and was baptized on January 26, 2022 and has forever been changed. I truly believe that her past was never meant to be her prison and I am certain that she will continue to make positive choices for herself and her family moving forward.

She is also fiercely determined and possesses a strong work ethic. Not only has she maintained a stable job for the past 6 years but she recently started a company called SheRambo. Her company is dedicated to helping the women of Hawai'i feel confident and safe with certain self defense tools.

I believe Ashlin deserves a chance to move forward and build a bright future. I wholeheartedly recommend leniency in her case.

Mahalo for your time and consideration.

Sincerely,
Ashley Abram



Azure L. Fox
41-534 Inoa Street
Waimanalo, HI 96795

January 10, 2025

To the Honorable Judge Watson:

My name is Azure Fox. I am a long time friend of the defendant and I am happy to write this letter in support of my dear friend Ashlin Akau. I have known Ashlin for nearly twenty years, and in that time I feel I have gotten to know the side of Ashlin that most people do not get the privilege of knowing. Ashlin is an amazing mother who always puts her child first. She is a grandaughter who helps care for her aging grandparents in their home. Ashlin is also a fierce friend, one whom can always be counted upon to show up for her friends in need.

It is my opinion that Ashlin is not the same person that she was ten, five or even two years ago. A person can change for the better if we give them the opportunity to do so- and I believe Ashlin is one of those people. Ashlin now regularly attends church with her young son. Having gone through so much in the last couple of years has undoubtedly brought Ashlin closer to God.

I also know that Ashlin has spent time helping with the relief efforts of the devastating wildfires that swept across Lahaina last year. I know this because I was there with Ashlin at the State Capitol Building for days helpting to organize and transport goods to aid in the relief efforts for Lahaina.

Ashlin has already done so much since the events of her case. She has gone to and completed schooling to become a laser machine technician. Ashlin has started her own small business called SheRambo a business which provides women with self-defense tools so that they may be prepared to navigate dangerous situations. She has even started the process of starting her own laser technician business.

I truly believe that Ashlin Akau is a good person. I also believe that all good people have made bad decisions. In spite of any of Ashlin's past bad decisions- she is not a bad person. She is a daughter, a mother, a sister, a friend. She is also a child of God. One who I believe has had the time to learn from and grow from her mistakes. Her growth will only continue if she is allowed the privilege to do so. It is my sincere hope that Ashlin be granted some leniency in her legal situation.


Thank you for your time and attention to this matter.

Sincerely,

Azure Fox


EXHIBIT "40"

01/13/2025

Dear The Honorable Judge Watson,

My name is Joleen Carmichael. I am writing to you as a friend of Ashlin Akau, who is currently before the court. I have known and worked with Ashlin for over 5 years now,  and have had the privilege of becoming her friend and witnessing her personal growth and transformation over the years.

I understand the seriousness of the offense that brings Ashlin before you, and I do not intend to minimize the gravity of past actions. However, I respectfully ask the court to consider the profound changes in her character and lifestyle since that time.

When I first met Ashlin, the thing that stuck out to me was her empathy and willingness to help. I was new at our workplace. Ashlin really helped me to feel more comfortable, and always volunteered to train and mentor me. When she confided in me her past decisions that have impacted her current situation, I was surprised. Being the person that I know her to be, this sounded completely out of character and does not align with who she is today. I believe this is a testament to her personal growth and development, and that she is not the same person that she was. Ashlin is a very giving person, and goes out of her way to help others. She is the sole caretaker and provider for her young son and regularly attends and volunteers with her church. Throughout this journey, I have been inspired by Ashlin's commitment to accountability and personal development. She has shown deep remorse for past mistakes and worked hard to rebuild trust within the community and among loved ones. It is my firm belief that she will continue to make valuable contributions to society and live a law-abiding life.

In light of these factors, I kindly ask for your leniency and compassion in your sentencing. I am confident that any mercy extended to Ashlin will be met with continued responsible behavior and gratitude.

Thank you for your time and consideration. Please feel free to contact me at joleencarmichael@gmail.com if you would like to discuss this letter further.

Sincerely,



Joleen Carmichael

EXHIBIT "41"

JENNEL MEMBRERE
94-673 HONOWAI ST
WAIPAHU, HI 96797
808-779-0432

To the Honorable Judge Watson

1/12/2025

Re: Character Letter for Ashlin Akau

Dear Judge Watson,

I am writing to provide a character reference for Ashlin Akau, whom I have had the pleasure of knowing in a professional setting for the past seven years. I am aware of the charges against her and the impending court proceedings, and I believe it is essential to share my perspective regarding her character and behavior.

Throughout our time working together, I have consistently observed Ashlin demonstrate exceptional integrity, compassion, and responsibility. She embodies high moral values, approaching her interactions with honesty and transparency. Ashlin has always treated everyone, regardless of their background, with the utmost respect and kindness. Her ability to connect with others, and her genuine concern for their well-being, has made a significant impact in our work environment and beyond.

Moreover, I have witnessed Ashlin's unwavering commitment to her responsibilities. Whether in her professional role or through personal obligations, she approaches every task with diligence and a resolute work ethic. Ashlin consistently goes above and beyond what is expected, proving herself to be a reliable and dependable individual. Her dedication to excellence is evident in everything she does, making her a valued member of our team.

Given my knowledge of Ashlin, I firmly believe that the allegations brought against her do not align with her true character. I am convinced that the actions in question are out of character for her and stem from a lapse in judgment rather than a reflection of her values. Ashlin is a person of great integrity who acknowledges her mistakes and is genuinely remorseful for the impact they have had on those involved.

I respectfully urge the court to consider Ashlin's overall character and her previous positive contributions to society. With the right support and guidance, I am confident that she will continue to make meaningful contributions to our community. She has the potential for redemption and rehabilitation and deserves an opportunity to demonstrate her commitment to personal growth.

Thank you for taking the time to review this character letter. If you require any further information or clarification, please feel free to contact me with the above contact details. I appreciate your attention to this matter.

Sincerely,

Jennel Membrere



Leslie Fay Zuniga
2002 Hanu Lane
Honolulu, HI 96819

January 13, 2025

To the Honorable Judge Watson:

My name is Leslie Zuniga. I am a good friend of the defendant and I am writing this letter in support of Ashlin Akau. Ashlin and I have known and worked together for over five years. We actually started working together around the same time and being the new person in the office, has brought us closer together. I have known Ashlin as a hard working person and always putting others before herself, including her son. Ashlin has bloomed into a wonderful person, inside and outside. If ever I am feeling down or not myself, she would always remind me where I started and why I'm here now.

Ashlin and I in our twenties, we were young, wild, and free. But as the years went by, and now that we're turning 34 this year, she has definitely changed into a woman. We have taught each other that as life goes on, we also mature and see things differently. Seeing Ashlin in her relationship with her boyfriend has also proved how much she has grown. Seeing this side of Ashlin at work, shows how many of her patients build a relationship with her that they always make sure they take care of her like how she takes care of them during their treatments.

As a mother, Ashlin had taught me a lot of patience. She always will make sure her son is taken care of and always makes sure he comes first before anything. Even when it comes to the last dollar, she will make it happen to get him what he needs. As a first time mom, she made sure that I know we are not perfect and we will tend to make mistakes. But that's okay because we learn from it and become better at it. Along the way, we will always have those moments where things get tough but we will get through it stronger at the end. Not only Ashlin takes care of her son, she also takes care of her step kids and always makes sure they are loved equally. Her love for her kids is unconditional.

I look up to Ashlin in so many ways. From being a hard worker, to being the best mom, to being the best sister, and being the best girlfriend. People are human beings and we all make mistakes in life. But we all also learn from it and become a better person. Even if Ashlin and I only knew each other for less than 10 years, it feels like I've known her forever and she will always make sure I'm okay, fed, and taken care of! I hope Ashlin will be able to go on and grow to witness all the good things that are happening in her life.

Sincerely,
Leslie Zuniga


EXHIBIT "43"

Kanani Villanueva
Email: **Kanani808@gmail.com**
Phone (808) 223-9704

Re: Character Reference for Ashlin Akau

Dear Chief Judge Derrick K. Watson ,

I am writing to provide a character reference for Ashlin Akau,
who is currently before the Court on 2/19/2025. I have known
Ashlin Akau for 6 years in my capacity as I worked with Ashlin at
Asia Pacific Plastic surgery and became good friends with her and
she started attending church with me, and I have had the
opportunity to observe her character in both personal and
professional settings.

In all the time I have known Ashlin, she has consistently
demonstrated qualities of responsibility, integrity, and respect
for others. She's a person of strong moral principles and has
always been someone who upholds the law and community values. She
has shown a deep commitment to their family, friends, and work,
and has contributed positively to the community.

While I am fully aware of the charges brought against Ashlin
Akau, I firmly believe that this incident does not reflect their
true character. She's a great mother to her son, she's grown in
her career and attends church. In my opinion, Ashlin Akau is
genuinely remorseful for their actions, and I have seen firsthand
the effort they have made to rectify the situation.

I respectfully request that the Court take into account Ashlin
Akau's good character and positive contributions to society when
considering her case. I am confident that she will continue to be
a valuable member of the community and will take any necessary
steps to ensure that this situation does not happen again.

Thank you for considering my letter. Please feel free to contact
me if you require any further information.

Sincerely,

Kanani Villanueva

EXHIBIT "44"

Brittney Whalen
46-320 Kupale Street
Kaneohe, Hawaii 96744

brittkusaka@yahoo.com
(808) 277-7345


Dear Honorable Judge Watson,

I am writing to provide a character reference for Ashlin Akau, whom I have known for 7 years. I hope that this letter can offer insight into her character and provide additional context to her situation.

I have always known Ashlin to be a person of integrity, kindness, and responsibility. She has consistently demonstrated a strong moral compass and a genuine concern for others. She is known for honesty, reliability, and generosity.

In addition to her personal qualities, Ashlin has been actively involved in beach clean-ups, went to the state capitol for Maui donations, and has done volunteer work for Inspire Church.

Based on my interactions and observations over the years, I firmly believe that Ashlin is not only remorseful for any mistakes made but is also committed to learning from them and moving forward positively. I am confident that she will continue to contribute positively to society.

I hope you will consider this letter as a testament to Ashlin's character and potential. If you require any further information or clarification, please feel free to contact me at (808) 277-7345 or brittkusaka@yahoo.com.

Thank you for considering my perspective.

Sincerely,

Brittney Whalen



Kaila Toetu'u
1538 A Palolo Ave.
Honolulu, HI 96816
January 13th, 2025

To the Honorable Chief Judge Derrick K. Watson,

My name is Kaila Toetu'u. I am 33 years old and have 3 children ages 13, 11, and 4 years old.
My husband and I have been together for 15 years and married for 10. I am a licensed Esthetician and have been a self-employed certified lash artist for 10 years now. I am actively involved in suicide prevention in Hawaii, alongside my Gram and have been since 2003 when I lost my first of many immediate family members to suicide. I have been trained and certified twice in Applied Suicide Intervention Skills Training, also known as ASIST in the last couple of years in hopes to help as many people as I can who are struggling with thoughts of suicide, and or have already attempted.

I met Ashlin through a mutual friend of ours back in the summer of 2018. We became friends instantly and have remained close friends for almost 7 years now, so I believe I am able to speak to Ashlin's moral character. I hope you will take this letter into account when making your decision. Since the first time I met Ashlin, she has been a positive influence in my life. She has always been kind and generous with others and has shown that in her actions throughout the years. Her countless hours of volunteer/charity work she has put in helping with the relief efforts of the Lahaina wildfires, Church, feeding the homeless, and donating blood regularly all while working full time, and being a single mother to her son Raze has been such an accomplishment and perfectly exudes the kind of person Ashlin is genuinely and has always been known to be. I am so proud of her and all the positive growth she has made since the regretful events of her case. Since then, Ashlin has completely turned her life around.

Aside from being for the last 8 years a certified laser specialist for Dr. Shim Ching who is one of Hawaii's top board-certified plastic surgeons, she started her own small business called SheRambo. Being a victim of domestic violence, Ashlin wanted to find a way to make a difference and to help people help themselves and give them a fighting chance in dangerous situations with the defense tools her business has available. Recently Ashlin is in the process of starting her own laser technician business and has also been studying extremely hard to pass her Hawaii Real Estate exam that she takes next week. Ashlin's work ethic is impeccable and has always been with any job she has ever had since I have known her. I have always noticed that about her. She always gives one hundred and ten percent in everything she does. And without her even saying anything, and just by watching her in her everyday life, you can see that she takes so much pride in everything she does. In home life and at work. Family is everything to Ashlin. She is very close to her mom, dad, and five siblings, Amber, Helani, Sepa, Axel, and Autumn. And is an amazing mother to her son Raze who will be 10 years old this June. Ashlin's life revolves around her family. I have seen first-hand how much she loves and cares for them, and how important they are to her. Her son Raze especially.

EXHIBIT "46"

He has been her driving force to push through the tough times. Ashlin lives with her son, her mom, her sister and her husband, and their son, and her grandparents who she helps take care of. When Ashlin's not working, she is spending quality time with her family and close friends.

In the time since the events in Ashlin's case, her life has been anything but easy. When I first learned about what had happened, I was in dismay about the whole thing. It was hard to believe. The whole situation was completely out of Ashlin's character to even be involved in anything like that. Ashlin has learned a very valuable and hard lesson. I think she has shown in her actions that she has grown from these very regrettable and unfortunate circumstances and will absolutely without a doubt in my mind, never put herself in a situation like this ever again. I ask in the most respectful and humblest way to consider leniency in your judgment for Ashlin. From what I have seen from Ashlin over the years, all her actions have been positive additions to Hawaii's community, and she will continue to do amazing things.

It must be difficult for you to make decisions like this when you don't know the person standing in front of you, so I hope you will take my letter and all the others you are receiving into consideration what we have written to be a factor in your decision.


Thank you for your time,

Kaila Toetu'u

Chief Judge Derrick K. Watson,

My name is Amber Koki and I am Ashlin Akau's sister. Growing up, it was only Ashlin and I. My mom raised us as a single mother and gave us the best life. We did everything together from playing Barbies to playing sports. Ashlin was always attached to my hip and I've tried my very best over the years to be there for her and protect her.

Even though I am older, Ashlin went through a huge life milestone before me. She had a son named Raze in 2015. He has been one of the biggest blessings for our whole family. Her ex-husband unfortunately, is not in her son's life. My mother and myself have stepped up and helped Ashlin raise her son. After having my own son, I realize how difficult it must've been not having a partner to be able to rely on and support you. Ashlin never complained but always tried to figure out how she could give her son a happy and fulfilled life. Raze is like a clone of my sister. They both are silly and so fun to be around. Ashlin is the only parent Raze has and they have such a special bond. I am very proud of my sister for all that she has done for her son. In many ways, even though I am older, she has taught me a lot about being a mom. I can always look to her for advice and guidance when it comes to raising my own son.

Ashlin has grown and matured so much since what happened. She has excelled and accomplished so much in her professional career. Ashlin has worked hard to attain knowledge in her field and has become one of Dr. Shim Ching's most valued employees as a Esthetician Laser Specialist. Ashlin has been focused and driven on becoming an accomplished laser tech and has stayed away from all negative influences. To this day, she is continuing to better herself and is studying to get her Real Estate Agent License.

Your honor, I implore you to see my sister for who she truly is. Ashlin has a magnetic personality and can make friends with just about anyone. Her heart is huge and she is always willing to be there for others. Ashlin has a special way of sympathizing with people that make people want to come to her in times of need. Ashlin is a hardworking and devoted mother. Please allow my sister to be there for her son and show that you are not defined by your mistakes. That you can pick yourself up and change your life for the better. That doing good and making the right choices in life matter. I truly believe in my heart that my sister has done exactly that. I am proud of the woman she is today and I know Raze is proud of his mother.

Thank you for your time,
Amber Koki



EXHIBIT "47"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a copy of the foregoing

document was duly served on the following parties by the methods of service as

noted below:

|  | **CM/ECF** | **E-MAIL** |
|---|---|---|
| MICHAEL NAMMAR | XX | |

MICHAEL NAMMAR
Assistant U.S. Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96813
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DAVID KAHUNAHANA                      XX
U.S. Probation Office
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96813

DATED:  Honolulu, Hawaii, January 31, 2025.

                                 /s/ Michael Jay Green
                                 MICHAEL JAY GREEN
                                 Attorney for Defendant

2